UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
RICHARD CURCHAR,　　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　05-CV- 0215 (ARR)
　　　　　　　　　Plaintiff,

　-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

　　　　　　　　　Defendant.
-----------------------------------------------------------------------X

　　　　An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on October 18, 2005, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including but not limited to a new hearing and a new decision; it is

　　　　ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to a new hearing and a new decision.

Dated: Brooklyn, New York
　　　　October 19, 2005

　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court